```
 1  MARLENE S. MURACO, Bar No. 154240
    LITTLER MENDELSON
 2  A Professional Corporation
    50 West San Fernando Street
 3  14th Floor
    San Jose, CA  95113.2303
 4  Telephone:    408.998.4150
    Facsimile:    408.288.5686
 5  E-mail: mmuraco@littler.com

 6  Attorneys for Defendant
    CON-WAY WESTERN EXPRESS, an
 7  unincorporated component of CON-WAY
    TRANSPORTATION SERVICES, INC.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, | Case No.: C05-01687-JCS [E-filing] |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| CON-WAY WESTERN EXPRESS and DOES 1 through 100 inclusive, | |
| Defendant. | |

WHEREAS, the Case Management Conference in this matter is presently scheduled for September 2, 2005; and

WHEREAS, Defendant believes that Plaintiff's claims are subject to summary adjudication on the ground that they are barred by a six-month statute of limitations contained in his employment agreement; and

WHEREAS, although Plaintiff disagrees with Defendant's position, neither party wants to unnecessarily spend the resources of either the parties or the Court by engaging in initial disclosures and/or a CMC if this matter is, in fact, subject to summary disposition;

NOW, THEREFORE, the parties hereto stipulate as follows:

1.   Defendant will file a motion for summary judgment of Plaintiff's Complaint

(CASE NO.: C05-01687-JCS [E-FILING])    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

1  on or before September 2, 2005.

2. Defendant will set its motion for hearing as close to October 7, 2005 as the Court's schedule will allow.

3. The parties will meet and confer and complete the initial disclosure process within two weeks of the Court's issuance of an order denying Defendant's motion for summary judgment in whole or in part.

4. The Case Management Conference presently scheduled for September 2, 2005, will be vacated and re-scheduled for mid-November 2005.

Dated: August 15, 2005

*/s/ Marlene Muraco*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CON-WAY WESTERN EXPRESS, an unincorporated component of CON-WAY TRANSPORTATION SERVICES, INC.

Dated: August 15, 2005

*/s/ O. Ocean*
O. OCEAN
Attorney for Plaintiff
CHRISTOPHER JOHNSON

~~IT IS SO ORDERED:~~

Dated: August 16, 2005

**DENIED**
Judge Joseph C. Spero

HON. JC
UNITED
JUDGE

Firmwide:80322456.1 012187.1036

(CASE NO.: C05-01687-JCS [E-FILING])   2.   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150