O. OCEAN, SBN: 229146
ATTORNEY AT LAW
115 N. STATE ST., STE. 3
UKIAH, CA 95482
Ph.: (707) 467-1113
Fax: (707) 467-1115
E-mail: oocean@pacific.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JOHNSON,

    Plaintiff,

vs.

CON-WAY WESTERN EXPRESS and

DOES 1 through 100, , ,

    Defendant

Case No.: 3:05-cv-02-01687-JCS

REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER
Date: November 18, 2005
Time: 9:30 a.m.
Judge: Hon. Joseph C. Spero

REQUEST FOR DISMISSAL

1. TO THE CLERK: Please dismiss this action as follows:

a. With Prejudice

b. Entire action of all parties and all causes of action

Date: October 27, 2005
    O. Ocean
Attorney for Plaintiff,
Christopher Johnson

2. TO THE CLERK: Consent to the above dismissal is hereby given.

Date: October 27, 2005
    Marlene S. Muraco
Attorney for Defendant,
Con-Way Western Express

Dated: October 31, 2005

IT IS SO ORDERED
Judge Joseph C. Spero

REQUEST FOR DISMISSAL
Johnson v. Conway Western Express Case No. C05-01687-JCS [e-filing]